IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA



FILED
JUN 0 1 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

UNITED STATES OF AMERICA §
    Plaintiff,
§
vs. § Case No. CR-03-26-1-C
§
ROY LEE REEVES §
    Defendant, §
§

MOTION TO MODIFY TERM OF IMPRISONMENT
PURSUANT TO   18 U.S.C. § 3582(c)(2)

COMES NOW, ROY LEE REEVES, Defendant pro se, and pursuant to 3582(c)(2), and moves this Honorable Court for a reduction of his sentence, and in support of such will show the Court the following:

1) On June 16, 2003, Defendant pled guilty in this Court to the offense of Knowingly and Intentionally Manufactured Methamphetamine in violation of 21:841(A)(1). Subsequently, using the United States Sentencing Commission Guidelines, he was sentenced to a term of imprisonment as follows: Three Hundred and Sixty(360) months, and Six(6) years supervised release.

2) The United States Sentencing Commission amended the sentencing guidelines specifically, Amendment 782, which became retroactive November 1, 2014, (1B 1.10(c), U.S.S.G.).

3) Amendment 782 provides; for a Two(2) level base offence level reduction in drug cases.

4) Defendant is entitled, as a matter of law, to the benefit of Amendment 782 and to have his sentence reduced to bring his sentence within the amended guideline sentencing structure.

WHEREFORE PREMISES CONSIDERED, based on the foregoing, and in the interests of justice, Defendant respectfully urges this Honorable Court to amend his tern of imprisonment to reflect the sentencing guideline modification set forth in said Amendment 782. Dated this the 2nd day of June, 2015.

Respectfully Submitted,

Roy Lee Reeves # 15317-064
FCI EL RENO
P.O. Box 1500

El Reno, OK 73036

Roy Lee Reeves #15317-064
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73036

OKLAHOMA CITY OK 730
29 MAY 2015 PM 6 L

LEGAL MAIL

RECEIVED
JUN 01 2015
CA[...]
CLERK, U.S. DISTRICT COURT
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
CLERK OF COURT
WESTERN DISTRICT OF OKLAHOMA
200 N.W. FORTH STREET ROOM 1210
OKLAHOMA CITY, OK 73102

7310230270

P.O. Box 1000
El Reno, Oklahoma 73036
Date  5/29/15

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raised a question or problem over which facility has jurisdiction you may wish to return this material for futher information and clarification. If the writer enclosed correspondence for forwarding to another addressee, Please return the enclosures to the above address.