

# U.S. Department of Justice
Federal Bureau of Prisons

*Low Security Correctional Institution*                    *Butner, North Carolina*

October 28, 2020

The Honorable Robin J. Cauthron
United States District Court
Western District of Oklahoma
Room 4001
200 N.W. 4th Street
Oklahoma City, OK 73102

RE:  REEVES, Roy Lee
     Reg. No.: 15317-064
     Docket No.: CR 03-0026-001-C

Dear Judge Cauthron:

This letter is to advise you that Roy Lee Reeves, who was sentenced in your court on January 21, 2004, died at approximately 4:25 a.m. on Tuesday, October 27, 2020. The cause of death was determined to be malignant neoplasm of the tonsils with metastasis.

Mr. Reeves was serving a 360 month term of imprisonment with 6 years of supervision for Knowingly and Intentionally Manufactured Methamphetamine. He had a Good Conduct Release date of November 5, 2028.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

Tamara S. Lyn
Warden

cc: J. C. Petrucci, Mid-Atlantic Regional Director, Stephen S. Skinner, Chief, United States Probation, Timothy J. Downing, United States Attorney, Western District of Oklahoma